**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02936-REB-MEH

ALBERT GREGOR,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the plaintiff's **Notice of Dismissal with Prejudice** [#5] filed January 26, 2010.  After careful review of the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the the plaintiff's **Notice of Dismissal with Prejudice** [#5] filed January 26, 2010, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 28, 2010, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge